PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

**FILED**

Sep 08, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | CASE NUMBER: |
| | 2:17-SW-0949-EFB |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 5010 1940 4044, HELD IN THE NAME OF BURKIWORKS, | 2:17-SW-0951-EFB |
| | 2:17-SW-0953-EFB |
| | 2:17-SW-0954-EFB |
| | 2:17-SW-0955-EFB |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 5010 1714 7073, HELD IN THE NAME OF LEMON GOLD VENTURES, INC., | ORDER RE: REQUEST TO UNSEAL DOCUMENTS |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 5010 0170 0675, HELD IN THE NAME OF LEMON GOLD VENTURES, INC., | |
| ALL FUNDS MAINTAINED AT PATELCO CREDIT UNION ACCOUNT NUMBER 473661, HELD IN THE NAME OF KURT D. STOCKS, UP TO THE AMOUNT OF $16,212.00, AND | |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 1641 0242 5652, HELD IN THE NAME OF REDWOOD VENTURES, INC., | |
| Defendants. | |

Upon application of the United States of America and good cause having been shown, IT IS

HEREBY ORDERED that the seizure warrants and seizure warrant affidavits in the above captioned

1

1  proceedings be and are hereby unsealed.

2  Date: September 8, 2022

                                                  ALLISON CLAIRE
3                                                    United States Magistrate Judge

Order Re: Request to Unseal Documents